by Aaron Clough against Walter Fox and another. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. Motion to correct costs and form of judgment denied.